THOMAS S. McLACHLAN, Appellant, *v.* VILLAGE OF WHITEHALL, Respondent. ·

*McLachlin* v. *Village of Whitehall*, 121 App. Div. 903, affirmed.
(Argued January 26, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered October 9, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Edgar L. Fursman* and *Edgar Hull* for appellant.

*J. Sanford Potter* and *Otis A. Dennis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.